No. 602. UNITED STATES *v.* DADDONA. C. A. 2d Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Francis B. Feeley* and *Stephen K. Elliott* for respondent.

No. 608. CAPITAL AIRLINES, INC. *v.* CIVIL AERONAUTICS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles H. Murchison* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson, Charles H. Weston, Emory T. Nunneley, Jr.* and *Warren L. Sharfman* for respondent.

No. 635. WEST VIRGINIA NORTHERN RAILROAD CO. *v.* RILEY, ADMINISTRATRIX. Supreme Court of Appeals of West Virginia. Certiorari denied. *Harry H. Byrer* and *F. E. Parrack* for petitioner.

No. 636. WEST VIRGINIA NORTHERN RAILROAD CO. *v.* PRITT. Supreme Court of Appeals of West Virginia. Certiorari denied. *Harry H. Byrer* and *F. E. Parrack* for petitioner.

No. 637. STUEBER ET AL. *v.* ADMIRAL CORPORATION. C. A. 7th Cir. Certiorari denied. *Julius L. Sherwin* and *Theodore R. Sherwin* for petitioners. *Francis H. Uriell* for respondent.

No. 639. ESTATE OF FULLER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Warren W. Grimes* and *Earl Whittier Shinn* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *S. Walter Shine* for respondent.